ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUKHMINDER SINGH,<br><br>Defendant. | CASE NO. 2:26-MJ-0122 SCR<br><br>STIPULATION FOR CONTINUANCE OF THE CONTINUED DETENTION HEARING TO AUGUST 18, 2026<br><br>DATE: August 17, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Adrian T. Kinsella, and defendant Sukhminder Singh, both individually and by and through his counsel of record, Daniel J. Russo, hereby stipulate as follows:

1. The Complaint in this case was filed on August 5, 2026, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on August 10, 2026. At the defendant's request, the Court continued the detention hearing to August 17, 2026. The defendant is currently temporarily detained.

2. The defendant respectfully request to continue the detention hearing to August 18, 2026. This will allow for the completion of the defendant's interview with Pretrial Services Office and the completion of their report. The government does not object to this continuance, and the parties jointly agree there is good cause for the short extension.

//

IT IS SO STIPULATED.

Dated: August 14, 2026

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: August 14, 2026

/s/ DANIEL J. RUSSO
DANIEL J. RUSSO
Counsel for Defendant
SUKHMINDER SINGH

ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUKHMINDER SINGH,<br>Defendant. | CASE NO. 2:26-MJ-0122 SCR<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: August 17, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

The Court has read and considered the Stipulation for Extension of Time for the continued detention hearing, filed by the parties in this matter on August 14, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the continued detention hearing pursuant to 18 U.S.C. § 3142(f).

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the continued detention hearing is extended to August 18, 2026, at 2:00 p.m.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: August 16, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE